UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

In re:  
    AARON DAVIS SCHEXNAYDER  
    CAGNEY TABOR SCHEXNAYDER  
    Debtor(s)

Case No. 06-11096

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

S.J. Beaulieu, Jr., chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/16/2006.

2) The plan was confirmed on 01/09/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/26/2009.

5) The case was dismissed on 01/29/2010.

6) Number of months from filing to last payment: 35.

7) Number of months case was pending: 43.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $40,500.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $31,748.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$31,748.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $1,300.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,745.04 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,045.04** |

Attorney fees paid and disclosed by debtor:     $500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACADIAN AMBULANCE | Unsecured | NA | 0.00 | 339.38 | 229.74 | 0.00 |
| ACADIAN AMBULANCE | Unsecured | NA | 0.00 | 580.75 | 393.14 | 0.00 |
| ACADIAN AMBULANCE | Unsecured | NA | 0.00 | 686.72 | 464.87 | 0.00 |
| ACADIAN AMBULANCE | Unsecured | NA | 0.00 | 154.15 | 104.34 | 0.00 |
| ACADIAN AMBULANCE AIR MED SV | Unsecured | 121.20 | NA | NA | 0.00 | 0.00 |
| ACADIAN AMBULANCE AIR MED SV | Unsecured | 1,761.00 | 0.00 | 896.05 | 896.05 | 0.00 |
| AEGIS MORTGAGE CORP | Secured | 1,728.90 | NA | NA | 0.00 | 0.00 |
| AEGIS MORTGAGE CORP | Secured | 16,000.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | NA | 0.00 | 1,089.31 | 737.39 | 0.00 |
| AT&T | Unsecured | 19.79 | NA | NA | 0.00 | 0.00 |
| AWESOME COMMUNICATIONS INC | Unsecured | 61.03 | NA | NA | 0.00 | 0.00 |
| B-REAL LLC | Unsecured | 3,889.74 | 0.00 | 1,881.88 | 1,273.94 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 215.92 | NA | NA | 0.00 | 0.00 |
| CASH NET USA | Unsecured | 345.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES LLC | Unsecured | 402.30 | 0.00 | 402.30 | 272.34 | 0.00 |
| CHARTER COMMUNICATIONS | Unsecured | 535.11 | NA | NA | 0.00 | 0.00 |
| CHILDRENS BOOK MONTH CLUB | Unsecured | 43.54 | NA | NA | 0.00 | 0.00 |
| FAMILY DOCTOR CLINIC | Unsecured | 237.50 | NA | NA | 0.00 | 0.00 |
| HOUMA PHYSICIANS GROUP | Unsecured | 221.00 | NA | NA | 0.00 | 0.00 |
| LEONARD J CHABERT MEDICAL CEN | Unsecured | 10,667.30 | NA | NA | 0.00 | 0.00 |
| LEONARD J CHABERT MEDICAL CEN | Unsecured | NA | 0.00 | 7,257.81 | 4,913.14 | 0.00 |
| OCHSNER CLINIC LLC | Unsecured | 391.51 | NA | NA | 0.00 | 0.00 |
| OCWEN FEDERAL BANK FSB | Secured | 9,390.59 | 0.00 | 9,390.59 | 9,390.59 | 0.00 |
| OCWEN FEDERAL BANK FSB | Secured | 54,965.63 | 0.00 | 59,766.72 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | 0.00 | 470.88 | 318.77 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | 0.00 | 10,407.52 | 7,045.32 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | NA | 0.00 | 3,305.29 | 2,237.49 | 0.00 |
| PROGRESSIVE INSURANCE CO | Unsecured | 225.44 | NA | NA | 0.00 | 0.00 |
| QUEST COMMUNICATIONS | Unsecured | 20.36 | NA | NA | 0.00 | 0.00 |
| SOUTH LA MEDICAL ASSOCIATES | Unsecured | 2,517.02 | NA | NA | 0.00 | 0.00 |
| SOUTH LA MEDICAL ASSOCIATES | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| TERREBONNE GENERAL MEDICAL C | Unsecured | 307.25 | 0.00 | 307.25 | 207.99 | 0.00 |
| THIBODAUX REGIONAL ER | Unsecured | 31.50 | NA | NA | 0.00 | 0.00 |
| THIBODAUX REGIONAL ER | Unsecured | 16.40 | NA | NA | 0.00 | 0.00 |
| THIBODAUX REGIONAL MED NETWO | Unsecured | 82.00 | NA | NA | 0.00 | 0.00 |
| THIBODAUX REGIONAL MEDICAL CT | Unsecured | 276.39 | NA | NA | 0.00 | 0.00 |
| THIBODAUX REGIONAL MEDICAL CT | Unsecured | 87.36 | NA | NA | 0.00 | 0.00 |
| THIBODAUX REGIONAL MEDICAL CT | Unsecured | 129.26 | NA | NA | 0.00 | 0.00 |
| THIBODAUX REGIONAL MEDICAL CT | Unsecured | 353.69 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCE CORP | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCE CORP | Unsecured | 340.00 | 0.00 | 348.58 | 217.85 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $59,766.72 | $0.00 | $0.00 |
| Mortgage Arrearage | $9,390.59 | $9,390.59 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$69,157.31** | **$9,390.59** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$28,127.87** | **$19,312.37** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,045.04 |
| Disbursements to Creditors | $28,702.96 |
| **TOTAL DISBURSEMENTS :** | **$31,748.00** |

UST Form 101-13-FR-S (9/1/2009)

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/13/2010                      By: /s/ S.J. Beaulieu, Jr.
                                                             Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**